**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli (SBN: 131192)
Domenics@sdnlaw.com
815 S Street, Second Floor
Sacramento, CA 95811
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendant
Kohler Corporation

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MTD PRODUCTS COMPANY dba CUB CADET, an Ohio Corporation, KOHLER CO., a Wisconsin Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No.: 2:15-cv-02128-WBS-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL**<br><br>Complaint Filed: August 30, 2016 |

TO THE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

<u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties and attorneys for the parties as follows:

WHEREAS, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-referenced case should be dismissed without  prejudice against Defendant Kohler Corporation.

1       IT IS SO STIPULATED.

2  Date: December 19, 2016

3                                           By:  __/S/ Daniel T. Schmaeling_____
4                                                DANIEL T. SCHMAELING
                                                 Attorney for Plaintiff
5                                                Safeco Insurance Company of America

6

7

8  Dated:  December 19, 2016                     SPINELLI, DONALD & NOTT

9

10                                          By:   /S/ Domenic D. Spinelli_____
                                                 DOMENIC D. SPINELLI
11                                               Attorney for Defendant
                                                 Kohler Corporation

## **ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED without prejudice as to Defendant Kohler Corporation. The Clerk is directed to send copies of this Order to all counsel and parties of record.

Dated:  December 19, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE